424 A.2d 543

Commonwealth v. Miller, Appellant.

Submitted March 23, 1979. Douglas M. Johnson, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.